WESTLUND DIESEL, INC., Appellant,

v.

Jeffrey BANTA and Division of
Employment Security,
Respondents.

No. WD 71790.

Missouri Court of Appeals,
Western District.

Aug. 3, 2010.

Patricia A. Mullins and James P. Malo-
ney, Kansas City, MO, for appellant.

Jeffrey Banta, Jefferson City, pro se.

Ninion S. Riley, Jefferson City, MO, for
respondent Division of Employment Secu-
rity.

Before Division Three: VICTOR C.
HOWARD, Presiding Judge, THOMAS H.
NEWTON, Judge and GARY D. WITT,
Judge.

## ORDER

PER CURIAM:

Westlund Diesel, Inc. appeals the Labor
and Industrial Relations Commission's or-
der granting Jeffrey Banta unemployment
compensation benefits.

We affirm. Rule 84.16(b). A memoran-
dum setting forth the reasons for this or-
der has been provided to the parties.

■

In the Matter of the CARE AND
TREATMENT OF Paul E.
BOWLES, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 70599.

Missouri Court of Appeals,
Western District.

Aug. 3, 2010.

Emmett D. Queener, Columbia, MO, for
appellant.

Shaun J. Mackelprang and Jayne T.
Woods, Jefferson City, MO, for respon-
dent.

Before Division One: JAMES M.
SMART, JR., Presiding Judge, MARK
PFEIFFER, Judge and CYNTHIA L.
MARTIN, Judge.

## ORDER

PER CURIAM:

Paul Bowles appeals from the trial
court's judgment committing him to the
custody of the Department of Mental
Health as a sexually violent predator.
Bowles contends that the trial court
abused its discretion in limiting his *voir
dire.* We affirm. Rule 84.16(b).